# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EVAN L. LIPTON
COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

April 5, 2024

> Application GRANTED. Sentencing is hereby ADJOURNED to June 26, 2024, at 10:00 a.m. No further extensions are likely to be granted. The Clerk of Court is directed to terminate Doc. #206. SO ORDERED.
>
> *[signature]*   April 5, 2024

BY ECF

Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Tyshawn Brogdon et al,*
    22 Cr. 343 (JMF)

Dear Judge Furman:

     I write, with the consent of the government (A.U.S.A. Thomas Wright), to respectfully request that the sentencing hearing in this matter presently scheduled for May 22, 2024, be adjourned for approximately one month to a date on or after June 24, 2024. There are two reasons for this application: (1) The interview for the presentence report was conducted on March 29 instead of the scheduled date of March 8 because Mr. Brogdon was ill on the earlier date, delaying the report, which has not yet been disclosed; and (2) I am currently engaged in a trial[1] that is scheduled to complete on May 25. Accordingly, I will not have the necessary time to spend on this task prior to the current due date, including the time necessary to meet with the client at the MDC to review the draft presentence report and the sentencing submission. For these reasons, I respectfully request the sentencing hearing be rescheduled to a date on or after June 24, 2024.

     Respectfully yours,

*[signature]*

Evan L. Lipton
*Attorney for Tyshawn Brogdon*

---

[1] *United States v. Derrick Ayers et al,* 20 Cr. 239 (EDNY) (BMC).